November 15, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

ALBERT ORTIZ, Appellant

NO. 14-11-00805-CV                    V.

THE JUNELL LAW FIRM, SANDERS & JUNELL, P.C., MARK JUNELL,
INDIVIDUALLY, AND BERGMAN ADR GROUP, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on July 27, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by ALBERT ORTIZ.

We further order this decision certified below for observance.